AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

Equal Employment Opportunity Commission,

    *Plaintiffs,*

vs.

Siemens Maintenance Services, LLC,

    *Defendant.*

**SUMMARY JUDGMENT IN A CIVIL CASE**

Case Number: 3:07-1769-JFA

**[X]  Decision on the Record.**  This action came before the court on the record, Honorable Joseph F. Anderson, Jr., United States District Judge, presiding.  The Court having adopted and incorporated in full Magistrate Judge Joseph R. McCrorey's Report and Recommendation which granted the defendant's motion for summary judgment,

**IT IS ORDERED AND ADJUDGED** that summary judgment is entered for the defendant, Siemens Maintenance Services, LLC, on all claims.  The plaintiff shall take nothing of the defendant and the action is dismissed with prejudice.

                           LARRY W. PROPES, Clerk

                                s/Brian D. Shropshire
                         By_____
                                Deputy Clerk

February 10, 2009
Columbia, South Carolina